No. 04–6549. RIVERA v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–6551. SPEARS v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 04–6555. SPOTTS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 04–6560. MITCHELL v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 04–6563. KELLUM v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 04–6575. GOMES v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 04–6576. HAYNES v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 04–6580. GONZALEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04–6581. HERRERA-MATOS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–6582. GINEZ-PEREZ v. UNITED STATES (Reported below: 101 Fed. Appx. 564); DOMINGUEZ v. UNITED STATES (101 Fed. Appx. 458); MORENO-PEREZ v. UNITED STATES (101 Fed. Appx. 563); VILLALBA-FLORES v. UNITED STATES (101 Fed. Appx. 492); AYALA-CASTANON v. UNITED STATES (101 Fed. Appx. 560); GUTIERREZ-SALAZAR v. UNITED STATES (101 Fed. Appx. 464); RUIZ-SIMENTAL v. UNITED STATES (101 Fed. Appx. 559); GARCIA v. UNITED STATES (101 Fed. Appx. 483); PEREA-DE JARA v. UNITED STATES (101 Fed. Appx. 509); CANDANOZA-RUIZ v. UNITED STATES (101 Fed. Appx. 481); HERNANDEZ-ACOSTA, AKA JIMENEZ-ACOSTA v. UNITED STATES (101 Fed. Appx. 523); GONZALEZ v. UNITED STATES (101 Fed. Appx. 985); ACOSTA-HERNANDEZ v. UNITED STATES (101 Fed. Appx. 521); CHAVEZ-GUIDO v. UNITED STATES (101 Fed. Appx. 461); VALLE-RIVERA v. UNITED STATES (101 Fed. Appx. 538); FLORES-CORTEZ v. UNITED STATES; SANCHEZ-GARCIA v. UNITED STATES; CANTU-QUINTERO v. UNITED STATES; MARTINEZ-PENA v. UNITED STATES (101 Fed. Appx. 545); AGUILAR ARREOLA v. UNITED STATES (101 Fed.

Appx. 543); GOMEZ-HERNANDEZ *v.* UNITED STATES (101 Fed. Appx. 542); SOTELO-MORENO, AKA SOTELO, AKA GONZALEZ-MURRIETA *v.* UNITED STATES (101 Fed. Appx. 550); ROMERO-MARTINEZ *v.* UNITED STATES (101 Fed. Appx. 504); ALVARADO-RAMIREZ *v.* UNITED STATES (101 Fed. Appx. 501); CHAVEZ-TREJO *v.* UNITED STATES (101 Fed. Appx. 535); and VILLA-HERNANDEZ, AKA VILLAREAL-CORDOVA *v.* UNITED STATES (101 Fed. Appx. 488). C. A. 5th Cir. Certiorari denied.

No. 04–6584. STOKES, AKA MUHAMMED *v.* UNITED STATES PAROLE COMMISSION. C. A. D. C. Cir. Certiorari denied.

No. 04–6586. PORTILLO *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–6602. MARRANCA *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 04–6603. AMAYA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 04–6607. SWARTZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 04–6608. SAMUELS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04–6610. ROBINSON *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 04–6619. CHAVEZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 04–6620. DOE *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 04–6622. CARRIZALES *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 04–6623. ESCANDON-FIGUEROA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 04–6624. BUGG *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.